JANULYN McKANIC, Appellant, v AMIGOS DEL MUSEO DEL BARRIO, Respondent.

Submitted August 29, 2011; decided September 22, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 705 (2011)].

In the Matter of WORLD TRADE CENTER BOMBING LITIGATION.

STEERING COMMITTEE et al., Respondents, v THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted August 1, 2011; decided September 22, 2011

Concur: Judges CIPARICK, GRAFFEO, READ, PIGOTT, JONES, PRUDENTI* and MERCURE.*

Taking no part: Chief Judge LIPPMAN and Judge SMITH.

* Designated pursuant to NY Constitution, article VI, § 2.